UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL DUANE HATCH,

              Petitioner,

   v.

JACK WARNER,

             Respondent.

CASE NO. 3:24-cv-05900-BJR-DWC

ORDER TO SHOW CAUSE

Petitioner Daniel Duane Hatch, proceeding *pro se,* initiated this action on October 24, 2024, by filing a federal habeas petition pursuant to 28 U.S.C. § 2254. Dkt. 1. Petitioner did not pay the $5.00 filing fee or apply to proceed *in forma pauperis* ("IFP") at that time. *See docket.* The Clerk of Court notified Petitioner of these filing deficiencies, provided him a copy of an IFP application, and informed him that failure to pay the filing fee or submit a completed IFP application by November 25, 2024, could result in dismissal of his action. Dkt. 3. The deadline for Petitioner to cure his filing deficiencies has elapsed with no filing fee or IFP application received from him. *See docket*.

Accordingly, if Petitioner intends to proceed in this action, he must accomplish one of the following on or before December 30, 2024:

ORDER TO SHOW CAUSE - 1

1. File a complete IFP application including a certified copy of his prison trust account statement; or

2. Pay the $5.00 filing fee.

If Petitioner fails to accomplish one of the above requirements by the stated deadline, the undersigned will recommend this action be dismissed for failure to properly prosecute and for failure to comply with a court order. The Clerk of Court is directed to send Petitioner a copy of the notice of filing deficiency (Dkt. 3) and an IFP application along with this Order.

Dated this 27th day of November, 2024.

David W. Christel
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2